IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEANDRO RODRIGUEZ,** : | **CIVIL ACTION NO. 1:22-CV-2053** |
| : | |
| **Petitioner** : | **(Judge Conner)** |
| : | |
| v. : | |
| : | |
| **WARDEN J. SAGE,** : | |
| : | |
| **Respondent** : | |

## ORDER

AND NOW, this 1st day of March, 2023, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DISMISSED without prejudice. (Doc. 1).

2. The Clerk of Court is directed to TERMINATE the United States of America as a respondent in this action.

3. The Clerk of Court is further directed to CLOSE this case.

                                             /S/ CHRISTOPHER C. CONNER
                                             Christopher C. Conner
                                             United States District Judge
                                             Middle District of Pennsylvania